United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD J. DEAGUERO,
Plaintiff,

v.

STATE BAR OF CALIFORNIA,
Defendant.

Case No. 26-cv-08198-KAW

**ORDER DENYING IFP APPLICATION; DENYING MOTION FOR WAIVER OF FEES; STRIKING SECOND AMENDED COMPLAINT; GRANTING IN PART AND DENYING IN PART MOTION TO APPEAR IN COURT VIRTUALLY**

Re: Dkt. Nos. 4, 5, 11, 13

On August 6, 2026, Plaintiff Richard J. Deaguero filed this case against Defendant State Bar of California. (Dkt. No. 1.) Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP application"), a motion for waiver of costs, and a motion to appear virtually for all hearings. (Dkt. Nos. 3-5.) On August 13, 2026, the Court denied Plaintiff's IFP application as incomplete and ordered Plaintiff to file a complete IFP application or pay the filing fee. (Dkt. No. 8.)

On September 8, 2026, Plaintiff filed an amended IFP application. (Dkt. No. 11.) Having reviewed the amended IFP application, the Court DENIES Plaintiff's IFP application and Plaintiff's motion to waive costs. (Dkt. Nos. 4, 11.) Plaintiff must pay the entire filing fee of $405.00 no later than **October 30, 2026**. Plaintiff is responsible for service of the summons and the complaint and any amendments and attachments, as well as scheduling orders and other documents specified by the Clerk, pursuant to Rule 4 of the Federal Rules of Civil Procedure. While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

Further, the Court notes that Plaintiff filed a first amended complaint on August 10, 2026

and a second amended complaint on September 8, 2026. (Dkt. Nos. 7, 13.) Per Federal Rule of Civil Procedure 15, however, Plaintiff only "may amend [his] pleading once as a matter of course." Plaintiff already amended once as a matter of course when he filed his August 10, 2026 amended complaint. As Plaintiff did not request leave to file the second amended complaint, the Court STRIKES the second amended complaint. (Dkt. No. 13.) This does not preclude Plaintiff from requesting leave to amend the complaint.

Finally, Plaintiff moves to appear in court by telephone or teleconference because he is located in Texas and does not have the financial means to travel to San Francisco for hearings. (Dkt. No. 5.) The Court GRANTS IN PART and DENIES IN PART Plaintiff's motion. So long as this case is before the undersigned, Plaintiff may appear remotely for all hearings other than the pretrial conference and trial. Plaintiff shall comply with the Court's Standing Order on Procedures for Remote Appearances, available online at *https://cand.uscourts.gov/judges/kaw/westmore-kandis-a*. If, however, the case is reassigned to a different judge, Plaintiff will need to request leave to appear remotely from that judge.

Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. While the Help Desk does not provide legal representation, a licensed attorney may assist Plaintiff in determining whether there are viable claims, and how to properly plead them. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: https://cand.uscourts.gov/pro-se-litigants/.

IT IS SO ORDERED.

Dated: September 23, 2026

KANDIS A. WESTMORE
United States Magistrate Judge